Anthony ABBATIELLO, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 386, 2016

Supreme Court of Delaware.

Submitted: August 23, 2017

Decided: August 29, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1505015619 (N)

ORDERED. AFFIRMED.

Eric HOLMES, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 22, 2017

Supreme Court of Delaware.

Submitted: July 14, 2017

Decided: August 29, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1210019908 (N)

AFFIRMED.

Barry COVINGTON and Sharon
Covington, Appellants Below,
Appellants,

v.

The BOARD OF ADJUSTMENT OF the
CITY OF REHOBOTH BEACH, Appellee Below, Appellee.

No. 23, 2017

Supreme Court of Delaware.

Submitted: August 16, 2017

Decided: August 29, 2017

Court Below—Superior Court for the State of Delaware, C.A. No. S16A–05–002

AFFIRMED.

Ryan M. RESOP, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 182, 2017

Supreme Court of Delaware.

Submitted: July 27, 2017

Decided: August 31, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0701010111 (N)

AFFIRMED.